

**CT Corporation**
**Service of Process Notification**
05/20/2022
CT Log Number 541610923

## Service of Process Transmittal Summary

**TO:** Sarah Rief, STOP 1580
Union Pacific Railroad Company
1400 Douglas St
Omaha, NE 68179-0002

**RE:** **Process Served in Louisiana**

**FOR:** Union Pacific Railroad Company  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: PHILLIP DEATON // To: Union Pacific Railroad Company |
| **CASE #:** | 636992B |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision |
| **PROCESS SERVED ON:** | C T Corporation System, Baton Rouge, LA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/20/2022 at 08:45 |
| **JURISDICTION SERVED:** | Louisiana |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/20/2022, Expected Purge Date: 05/25/2022 |
| | Image SOP |
| | Email Notification,  Benton R Bond  brbond@up.com |
| | Email Notification,  Sarah Rief  sjrief@up.com |
| | Email Notification,  Betsy Gassaway  bsgassaw@up.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816
866-331-2303
CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

ering                                                                                                                CPCC.CV.3390440

# Citation

PHILLIP DEATON                                          NO. 636992– B
　　VS                                                  STATE OF LOUISIANA
DAVID ALAN PERKINS, ET AL                               PARISH OF CADDO
                                                        FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:    UNION PACIFIC RAILROAD COMPANY
                               THRU CT CORPORATION SYSTEM, AGENT
                               3867 PLAZA TOWER DR
                               BATON ROUGE, LA
                               70816

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within TWENTY-ONE (21) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within TWENTY-ONE (21) days, a judgment may be entered against you. Please be aware of Act 174 of the 2021 regular session of the Louisiana Legislature which changed delays for answering. The full text of this bill can be found at https://legis.la.gov/legis/BillInfo.aspx?i=239989.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date May 11, 2022.

*Also attached are the following:                       **MIKE SPENCE, CLERK OF COURT**

                                                        By: _____
                                                                    Deputy Clerk


                                                        _____
                                                                J MARSHALL RICE
                                                                    Attorney


                                                        A TRUE COPY - - ATTEST


                                                        _____
                                                                    Deputy Clerk

These documents mean you have been sued. Legal assistance is advisable, and you should contact a lawyer immediately. If you cannot find a lawyer, please go to www.shreveportbar.com and click on the Lawyer Referral Service link, or go to the Shreveport Bar Center on the third Monday of each month from 5:30 - 7:30 for a free seminar. If eligible, you may be entitled to legal assistance at no cost to you through Shreveport Bar Legal Aid. Please call 318-222-7186 for more information.

If you are a person with a disability, please contact the Clerk of Court's office for information regarding accommodation and assistance.

**SERVICE COPY**

| | | |
|---|---|---|
| PHILLIP DEATON | * | NUMBER: 636,992 |
| VERSUS | * | 1ST JUDICIAL DISTRICT COURT |
| DAVID ALAN PERKINS, AND UNION PACIFIC RAILROAD COMPANY, IN SOLIDO | * | CADDO PARISH, LOUISIANA |
| PERMANENT ASSIGNMENT | * | SECTION: D |

## PETITION

The petition of Phillip Deaton, who resides and is domiciled in Shreveport, Caddo Parish, Louisiana, respectfully represents:

1.

The following parties, made defendants herein, are justly and legally indebted unto your petitioner, Phillip Deaton, jointly, severally, and in solido, for the full amounts which will be required to fix or make up for what cannot be fixed including the injuries, harms and losses he suffered and will continue to suffer in the future as the result of the car wreck described below and as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the reasons and causes of action hereinafter stated:

(a) David Alan Perkins, an individual of the full age of majority, who resides and is domiciled 301 West Hawkins Parkway, Apartment 1201, Longview, Texas, 75605; pursuant to **Louisiana Long Arm Statute LSA-R.S. 13.3201 et. Seq; and**

(b) Union Pacific Railroad Company, a foreign business, authorized to do and doing business in the State of Louisiana, which may be served through its agent for service of process, C T Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816;

2.

At all times mentioned herein:

(a) Phillip Deaton, an individual of the full age of majority, was the operator of the 2015 Dodge Ram, bearing Louisiana license number C938856;



Caddo Parish
Filed May 11, 2022 9:50 AM
Bailey Barr
Deputy Clerk of Court
E-File Received May 11, 2022 9:47 AM
636992 B

(b) David Alan Perkins, an individual of the full age of majority, was the permissive operator of the 2018 Chevrolet 2500, owned by his employer Union Pacific Railroad Company, bearing Texas license number KPX8795; and

(d) Union Pacific Railroad Company was the employer of David Alan Perkins, who was acting in the course and scope of his employment and on a mission for his employer.

3.

The injuries, harms and losses resulted from a motor vehicle collision that occurred on June 23, 2021, at approximately 6:30 p.m. on the service road of LA-3132 at Linwood Avenue in Shreveport, Caddo Parish, Louisiana.

4.

At the time and place and under the circumstances aforesaid, your petitioner, Phillip Deaton, was traveling westbound on the service road of LA-3121 and Linwood Avenue when an unknown vehicle stopped in front of him, causing him to stop, when the vehicle being operated by defendant, David Alan Perkins, was traveling directly behind petitioner, failed to see petitioner's slowing vehicle, striking petitioner from the rear, causing direct impact, causing the injuries, harms and losses as complained of herein.

5.

Petitioner was free of any negligence and did not contribute to the cause of this collision in any way.

6.

Petitioner herein shows that the collision and resulting damages were caused by the negligence of the said defendant, David Alan Perkins, in the following non-exclusive particulars:

(a) For following too closely;

(b) Failure to see what should have been seen, petitioner's slowing vehicle;

(c) Failure to operate his vehicle in a careful and prudent manner;

(d) Failure to take evasive action to avoid the impact;

(e) Failure to stop his vehicle prior to impact;

(f) For distracted driving;

(g) Failure to obey Louisiana Statutory Laws; and

(h) For other acts and omissions to be shown at trial hereof.

7.

Petitioner herein shows that the collision and resulting damages were caused by the strict and vicarious liability of said defendant, Union Pacific Railroad Company, as follows:

(a) As the employer of David Alan Perkins, who was acting in the course and scope of his employment at the time of the collision;

(b) Failure to properly supervise and train David Alan Perkins;

(c) Failure to enforce company safety policies and procedures;

(d) Failure to provide proper maintenance on their equipment/semi-truck; and

(e) Other acts and omissions to be shown at trial hereof.

8.

As a result of the aforesaid collision, petitioner, Phillip Deaton, suffered pain, mental anguish and distress as a result of the injuries he sustained in said collision including, but not limited to, neck injury and pain, back injury and pain, right thigh pain and left shoulder pain.

9.

Petitioner, Phillip Deaton, has sustained such damages as are reasonable in the premises, including, but not limited to past and future medical expenses, medical report charges, past, present and future pain and suffering, loss of enjoyment of life, past,

present, and future mental anguish and distress, as a result of the above-described collision.

10.

The value of the cause of action of the individual plaintiff exceeds $50,000.00, the jurisdictional amount required for trial by jury and $75,000.00, the amount required for Federal Court diversity removal.

11.

Petitioner shows that it will be necessary to call expert witnesses at the trial of this matter, and that the fees of such witnesses should be set by the court and should be taxed as costs of this suit against defendants.

WHEREFORE, PETITIONER PRAYS that defendants, David Alan Perkins and Union Pacific Railroad Company, be duly cited to appear and answer this petition, and that each be served with a copy hereof;

That after necessary legal delays and due proceedings had, there would be judgment therein in favor of petitioners, Phillip Deaton, and against defendants, David Alan Perkins and Union Pacific Railroad Company, jointly, severally and in solido, for such damages as are reasonable in the premises, including, but not limited to past and future medical expenses, medical report charges, past, present and future pain and suffering, loss of enjoyment of life, loss of use, past, present, and future mental anguish and distress, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings;

That the fees of expert witnesses be set by the court and taxed as costs of this suit against defendants;

For all costs of this suit, and for full, general and equitable relief for all orders and decrees necessary and proper in the premises.

[Signatures continued on next page]

Respectfully Submitted,

RICE & KENDIG, LLC

_____
J. Marshall Rice – Bar No. 28980
Jason B. Nichols – Bar No. 28704
William F. Kendig - Bar No. 17644
Franeka D. Taylor – Bar No. 40070
1030 Kings Highway
Shreveport, Louisiana 71104
Telephone: (318) 222-2772
Facsimile: (318) 222-2770
jmrice@ricekendig.com
jnichols@ricekendig.com
wfkendig@ricekendig.com
ftaylor@ricekendig.com

ATTORNEYS FOR PETITIONER

PLEASE SERVE:

Union Pacific Railroad Company
Through its agent for service of process:
C T Corporation System
3867 Plaza Tower Drive,
Baton Rouge, Louisiana 70816

Pursuant to the Louisiana Long Arm Statute

David Alan Perkins
301 West Hawkins Parkway, Apartment 1201,
Longview, Texas, 75605

| | | |
|---|---|---|
| PHILLIP DEATON | * | NUMBER: 636,992 |
| VERSUS | * | 1ST JUDICIAL DISTRICT COURT |
| DAVID ALAN PERKINS, AND UNION PACIFIC RAILROAD COMPANY, IN SOLIDO | * | CADDO PARISH, LOUISIANA |
| PERMANENT ASSIGNMENT | * | SECTION: B |

## WRITTEN REQUEST FOR NOTICE OF TRIAL AND OF JUDGMENT

NOW INTO COURT, comes plaintiff, through undersigned counsel, and requests that he be given ten (10) days notice of the date of trial of the above cause by the Clerk of Court of the above court pursuant to Article 1572 of the Louisiana Code of Civil Procedure and requests written notice of all final judgments and interlocutory judgments pursuant to Articles 1913 and 1914 of the Louisiana Code of Civil Procedure in regard to all hearings held in the captioned matter.

Respectfully Submitted,

RICE & KENDIG, LLC

_____
William F. Kendig Bar No. 17,644
1030 Kings Highway
Shreveport, Louisiana 71104
Telephone: (318) 222-2772
Facsimile: (318) 222-2770
wfkendig@ricekendig.com

ATTORNEY FOR PETITIONER

Caddo Parish 636992
Filed May 11, 2022 9:50 AM B
Bailey Barr
Deputy Clerk of Court
E-File Received May 11, 2022 9:47 AM